MOORE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by Frances Moore against the city of New York. T. Connoly, for appellant. E. P. Seelman, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents.